O

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 09-1693-VAP (OPx)                    Date:  November 23, 2009

Title:    BRENDA WATSON -*v*- CITIBANK, N.A., et al.
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:       MINUTE ORDER: (1) GRANTING MOTION TO DISMISS
                   WITHOUT PREJUDICE; (2) VACATING NOVEMBER 30,
                   2009 HEARING (IN CHAMBERS) [Link Doc. No. 8]

     The Court has received and considered all papers filed in support of the Motion to Dismiss ("Motion") filed by Defendants Citibank, N.A., as Trustee of Structured Asset Mortgage Investments II INC., Bear Stearns Alt-A Trust, Mortgage Pass Through Certificates Series 2007-3, EMC Mortgage Corporation.  ("Defendants").  Defendants' Motion is appropriate for resolution without a hearing.  See Fed. R. Civ. P. 78; Local R. 7-15.

     Defendants filed their Motion on October 15, 2009 to be heard on November 30, 2009. Under Local Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for the hearing of the motion.  Plaintiff Brenda Watson ("Plaintiff") is not represented by counsel.  Plaintiff filed no timely opposition.  Under Local Rule 7-12, the Court finds Plaintiff has

consented to granting the Motion.  Plaintiff's claim against Defendants is dismissed without prejudice.

MINUTES FORM 11                          Initials of Deputy Clerk: jh-relief
CIVIL -- GEN                Page 1

EDCV 09-1693-VAP (OPx)
BRENDA WATSON v CITIBANK, N.A., et al.
MINUTE ORDER of November 23, 2009

**IT IS SO ORDERED.**