O

NO -JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA WATSON, | Case No. EDCV 09-1693-VAP (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITIBANK, N.A., et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Citibank, N.A., as Trustee of Structured Asset Mortgage Investments II Inc., Bear Stearns Alt-A Trust Mortgage Pass-Through Certificates Series 2007-3, and EMC Mortgage Corporation is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: November 23, 2009

VIRGINIA A. PHILLIPS
United States District Judge