UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA WATSON,<br><br>        Plaintiff,<br><br>   v.<br><br>CITIBANK NA, et al.<br>        Defendants. | Case No. EDCV 09-1693-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendants ZONE FUNDING and QUALITY LOAN SERVICE CORPORATION only.  The Court orders that such judgment be entered.

Dated: February 10, 2010

                                      VIRGINIA A. PHILLIPS<br>
                                      United States District Judge