**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA WATSON, | Case No. EDCV 09-1693-VAP (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITIBANK, N.A., et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants EMC Mortgage Corporation and Citibank, N.A., as Trustee of Structured Asset Mortgage Investments II Inc., Bear Stearns Alt-A Trust, Mortgage Pass-Through Certificates Series 2007-3 is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 17, 2010

VIRGINIA A. PHILLIPS
United States District Judge